| Fill in this information to identify the case: |
| --- |
| Debtor name    12th & K St. Mall Partners, LLC |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)   2:22-bk-10061-BR |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☒ Amended Schedule    Amended Creditors Holding 20 Largest Unsecured Claims
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 20, 2022    x _____

Signature of individual signing on behalf of debtor

Robert W. Clippinger
Printed name

Managing Member
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        12th & K St. Mall Partners, LLC

United States Bankruptcy Court for the:        CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)        2:22-bk-10061-BR

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $    15,925,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................    $    875,580.93

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................    $    16,800,580.93

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    14,584,104.38

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    273.55

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    272,449.28

4.    Total liabilities .............................................................................................................
    Lines 2 + 3a + 3b        $    14,856,827.21

| Fill in this information to identify the case: |
|---|

Debtor name    12th & K St. Mall Partners, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:22-bk-10061-BR

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Republic | Checking account | 7045 | $12,646.71 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $12,646.71

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.    See attached list

11.    **Accounts receivable**

| | 11a. 90 days old or less: | 141,185.20 | - | 0.00 | = .... | $141,185.20 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | 12th & K St. Mall Partners, LLC | | Case number *(If known)*  2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 721,749.02 | - | 0.00 | =.... | $721,749.02 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $862,934.22 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**Aged Receivable Detail**

**Properties:** The Cathedral Building - 1020 12th St Sacramento, CA 95814

**Amount Receivable:** Exclude 0.00

**Tenant Status:** Current and Notice

**As of:** 01/31/2022

| Payer Name | Charge Date | Posting Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|
| The Cathedral Building - 1020 12th St Sacramento, CA 95814 - Unit 100 - Ellajack, Inc. | | | | | | | | | | |
| Ellajack, Inc. | 10/01/2020 | 10/01/2020 | 4210 | CAM Charges | 5,748.08 | 3,342.41 | 0.00 | 0.00 | 0.00 | 3,342.41 |
| Ellajack, Inc. | 11/01/2020 | 11/01/2020 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 11/01/2020 | 11/01/2020 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 11/01/2020 | 11/01/2020 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 11/01/2020 | 11/01/2020 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 12/01/2020 | 12/01/2020 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 12/01/2020 | 12/01/2020 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 12/01/2020 | 12/01/2020 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 12/01/2020 | 12/01/2020 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 01/01/2021 | 01/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 01/01/2021 | 01/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 01/01/2021 | 01/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 01/01/2021 | 01/01/2021 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 02/01/2021 | 02/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 02/01/2021 | 02/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 02/01/2021 | 02/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 02/01/2021 | 02/01/2021 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 03/01/2021 | 03/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 03/01/2021 | 03/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 03/01/2021 | 03/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 03/01/2021 | 03/01/2021 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 04/01/2021 | 04/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 04/01/2021 | 04/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 04/01/2021 | 04/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 04/01/2021 | 04/01/2021 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 05/01/2021 | 05/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 05/01/2021 | 05/01/2021 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 05/01/2021 | 05/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 05/01/2021 | 05/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |

**Aged Receivable Detail**

| Payer Name | Charge Date | Posting Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|
| Ellajack, Inc. | 06/01/2021 | 06/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 06/01/2021 | 06/01/2021 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 06/01/2021 | 06/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 06/01/2021 | 06/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 07/01/2021 | 07/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 07/01/2021 | 07/01/2021 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 07/01/2021 | 07/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 07/01/2021 | 07/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 08/01/2021 | 08/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 08/01/2021 | 08/01/2021 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 08/01/2021 | 08/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 08/01/2021 | 08/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 09/01/2021 | 09/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 09/01/2021 | 09/01/2021 | 4110 | Base Rent | 35,495.79 | 35,495.79 | 0.00 | 0.00 | 0.00 | 35,495.79 |
| Ellajack, Inc. | 09/01/2021 | 09/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 09/01/2021 | 09/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 10/01/2021 | 10/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 10/01/2021 | 10/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 10/01/2021 | 10/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 10/01/2021 | 12/22/2021 | 4110 | Base Rent | 53,243.69 | 53,243.69 | 0.00 | 0.00 | 0.00 | 53,243.69 |
| Ellajack, Inc. | 10/04/2021 | 12/23/2021 | 4110 | Base Rent | 43,358.97 | 43,358.97 | 0.00 | 0.00 | 0.00 | 43,358.97 |
| Ellajack, Inc. | 11/01/2021 | 11/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| Ellajack, Inc. | 11/01/2021 | 11/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 | 1,635.10 |
| Ellajack, Inc. | 11/01/2021 | 11/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 | 5,748.08 |
| Ellajack, Inc. | 11/01/2021 | 12/22/2021 | 4110 | Base Rent | 53,243.69 | 53,243.69 | 0.00 | 0.00 | 0.00 | 53,243.69 |
| Ellajack, Inc. | 12/01/2021 | 12/01/2021 | 4370 | Storage | 480.00 | 480.00 | 0.00 | 0.00 | 480.00 | 0.00 |
| Ellajack, Inc. | 12/01/2021 | 12/01/2021 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 1,635.10 | 0.00 |
| Ellajack, Inc. | 12/01/2021 | 12/01/2021 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 5,748.08 | 0.00 |
| Ellajack, Inc. | 12/01/2021 | 12/22/2021 | 4110 | Base Rent | 53,243.69 | 53,243.69 | 0.00 | 0.00 | 53,243.69 | 0.00 |
| Ellajack, Inc. | 01/01/2022 | 01/01/2022 | 4370 | Storage | 480.00 | 480.00 | 480.00 | 0.00 | 0.00 | 0.00 |
| Ellajack, Inc. | 01/01/2022 | 01/01/2022 | 5156 | Tenant expense | 1,635.10 | 1,635.10 | 1,635.10 | 0.00 | 0.00 | 0.00 |
| Ellajack, Inc. | 01/01/2022 | 01/01/2022 | 4210 | CAM Charges | 5,748.08 | 5,748.08 | 5,748.08 | 0.00 | 0.00 | 0.00 |
| Ellajack, Inc. | 01/01/2022 | 01/05/2022 | 4110 | Base Rent | 53,243.69 | 53,243.69 | 53,243.69 | 0.00 | 0.00 | 0.00 |
| | | | | | **770,483.20** | **768,077.53** | **61,106.87** | **0.00** | **61,106.87** | **645,863.79** |

**Aged Receivable Detail**

| Payer Name | Charge Date | Posting Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|
| **The Cathedral Building - 1020 12th St Sacramento, CA 95814 - Unit 110 - The Karmic Leaf, LLC** | | | | | | | | | | |
| The Karmic Leaf, LLC | 06/12/2020 | 06/12/2020 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 09/01/2020 | 09/01/2020 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| The Karmic Leaf, LLC | 09/16/2020 | 09/16/2020 | 2332 | Key FOB Deposit | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| The Karmic Leaf, LLC | 09/24/2020 | 10/11/2021 | 4110 | Base Rent | 3,759.15 | 1,518.30 | 0.00 | 0.00 | 0.00 | 1,518.30 |
| The Karmic Leaf, LLC | 09/24/2020 | 10/11/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 10/01/2020 | 10/01/2020 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| The Karmic Leaf, LLC | 10/01/2020 | 10/11/2021 | 4210 | CAM Charges | 334.15 | 334.15 | 0.00 | 0.00 | 0.00 | 334.15 |
| The Karmic Leaf, LLC | 10/01/2020 | 10/11/2021 | 4110 | Base Rent | 1,002.44 | 1,002.44 | 0.00 | 0.00 | 0.00 | 1,002.44 |
| The Karmic Leaf, LLC | 10/06/2020 | 10/11/2021 | 4340 | Late Fee | 576.10 | 576.10 | 0.00 | 0.00 | 0.00 | 576.10 |
| The Karmic Leaf, LLC | 10/27/2020 | 10/11/2021 | 4350 | NSF Fee | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| The Karmic Leaf, LLC | 11/01/2020 | 11/01/2020 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 11/01/2020 | 11/01/2020 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| The Karmic Leaf, LLC | 11/01/2020 | 10/11/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 11/06/2020 | 10/11/2021 | 4340 | Late Fee | 543.72 | 543.72 | 0.00 | 0.00 | 0.00 | 543.72 |
| The Karmic Leaf, LLC | 12/01/2020 | 12/01/2020 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 12/01/2020 | 12/01/2020 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| The Karmic Leaf, LLC | 12/01/2020 | 10/11/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 12/06/2020 | 10/11/2021 | 4340 | Late Fee | 573.09 | 573.09 | 0.00 | 0.00 | 0.00 | 573.09 |
| The Karmic Leaf, LLC | 01/01/2021 | 01/01/2021 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 01/01/2021 | 01/01/2021 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| The Karmic Leaf, LLC | 02/01/2021 | 02/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 02/01/2021 | 02/01/2021 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 02/01/2021 | 02/01/2021 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| The Karmic Leaf, LLC | 02/06/2021 | 10/11/2021 | 4340 | Late Fee | 576.03 | 576.03 | 0.00 | 0.00 | 0.00 | 576.03 |
| The Karmic Leaf, LLC | 03/01/2021 | 03/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 03/01/2021 | 03/01/2021 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 03/01/2021 | 03/01/2021 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| The Karmic Leaf, LLC | 04/01/2021 | 04/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 04/01/2021 | 04/01/2021 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 04/01/2021 | 04/01/2021 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| The Karmic Leaf, LLC | 05/01/2021 | 05/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 05/01/2021 | 05/01/2021 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |

**Aged Receivable Detail**

| Payer Name | Charge Date | Posting Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|
| The Karmic Leaf, LLC | 05/01/2021 | 05/01/2021 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| The Karmic Leaf, LLC | 05/06/2021 | 10/11/2021 | 4340 | Late Fee | 576.32 | 576.32 | 0.00 | 0.00 | 0.00 | 576.32 |
| The Karmic Leaf, LLC | 06/01/2021 | 06/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 06/01/2021 | 06/01/2021 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 07/01/2021 | 07/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 07/01/2021 | 07/01/2021 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 08/01/2021 | 08/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 08/01/2021 | 08/01/2021 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 08/06/2021 | 10/11/2021 | 4340 | Late Fee | 558.85 | 558.85 | 0.00 | 0.00 | 0.00 | 558.85 |
| The Karmic Leaf, LLC | 09/01/2021 | 09/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 09/01/2021 | 09/01/2021 | 4110 | Base Rent | 3,759.15 | 3,759.15 | 0.00 | 0.00 | 0.00 | 3,759.15 |
| The Karmic Leaf, LLC | 09/06/2021 | 10/11/2021 | 4340 | Late Fee | 557.11 | 557.11 | 0.00 | 0.00 | 0.00 | 557.11 |
| The Karmic Leaf, LLC | 10/01/2021 | 10/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 10/01/2021 | 10/01/2021 | 4110 | Base Rent | 3,871.92 | 3,871.92 | 0.00 | 0.00 | 0.00 | 3,871.92 |
| The Karmic Leaf, LLC | 10/06/2021 | 10/12/2021 | 4340 | Late Fee | 556.93 | 556.93 | 0.00 | 0.00 | 0.00 | 556.93 |
| The Karmic Leaf, LLC | 11/01/2021 | 11/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 | 1,253.05 |
| The Karmic Leaf, LLC | 11/01/2021 | 11/01/2021 | 4110 | Base Rent | 3,871.92 | 3,871.92 | 0.00 | 0.00 | 0.00 | 3,871.92 |
| The Karmic Leaf, LLC | 12/01/2021 | 12/01/2021 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 1,253.05 | 0.00 |
| The Karmic Leaf, LLC | 12/01/2021 | 12/01/2021 | 4110 | Base Rent | 3,871.92 | 3,871.92 | 0.00 | 0.00 | 3,871.92 | 0.00 |
| The Karmic Leaf, LLC | 01/01/2022 | 01/01/2022 | 4210 | CAM Charges | 1,253.05 | 1,253.05 | 1,253.05 | 0.00 | 0.00 | 0.00 |
| The Karmic Leaf, LLC | 01/01/2022 | 01/01/2022 | 4110 | Base Rent | 3,871.92 | 3,871.92 | 3,871.92 | 0.00 | 0.00 | 0.00 |
| | | | | | 88,376.02 | 86,135.17 | 5,124.97 | 0.00 | 5,124.97 | 75,885.23 |

**The Cathedral Building - 1020 12th St Sacramento, CA 95814 - Unit 402 - Ortiz, Jesus (Jesse) R.**

| Payer Name | Charge Date | Posting Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|
| Ortiz, Jesus (Jesse) R. | 11/24/2021 | 11/26/2021 | 5142 | Locksmith & Security | 25.00 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 |
| Ortiz, Jesus (Jesse) R. | 12/01/2021 | 11/16/2021 | 4355 | Parking | 175.00 | 175.00 | 0.00 | 0.00 | 175.00 | 0.00 |
| Ortiz, Jesus (Jesse) R. | 12/01/2021 | 12/01/2021 | 4110 | Base Rent | 1,695.00 | 1,695.00 | 0.00 | 0.00 | 1,695.00 | 0.00 |
| Ortiz, Jesus (Jesse) R. | 12/04/2021 | 12/16/2021 | 4340 | Late Fee | 80.00 | 80.00 | 0.00 | 80.00 | 0.00 | 0.00 |
| Ortiz, Jesus (Jesse) R. | 01/01/2022 | 01/01/2022 | 4110 | Base Rent | 1,695.00 | 1,695.00 | 1,695.00 | 0.00 | 0.00 | 0.00 |
| Ortiz, Jesus (Jesse) R. | 01/01/2022 | 01/01/2022 | 4355 | Parking | 175.00 | 175.00 | 175.00 | 0.00 | 0.00 | 0.00 |
| Ortiz, Jesus (Jesse) R. | 01/04/2022 | 01/05/2022 | 4340 | Late Fee | 80.00 | 80.00 | 80.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 3,925.00 | 3,925.00 | 1,950.00 | 80.00 | 1,895.00 | 0.00 |

**The Cathedral Building - 1020 12th St Sacramento, CA 95814 - Unit BS01 Cathedral Storage - Flores, Erika**

| Payer Name | Charge Date | Posting Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|
| Flores, Erika | 01/04/2022 | 01/04/2022 | 4110 | Base Rent | 150.00 | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 |

Created on 01/18/2022

**Aged Receivable Detail**

| Payer Name | Charge Date | Posting Date | GL Account Number | GL Account Name | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | 862,934.22 | 858,237.70 | 68,281.84 | 80.00 | 68,126.84 | 721,749.02 |

| Debtor | 12th & K St. Mall Partners, LLC | Case number *(If known)* 2:22-bk-10061-BR |
|---|---|---|
| | Name | |

| 55.1. | Mixed-use property located at 1020 12th Street Sacramento, CA 95814; APN 006-0105-009-0000; 35 rental spaces; ground floor consists of commercial retail space, the largest commercial retail tenant occupies a portion of the ground floor and a portion of the second floor, the remaining portion of the second floor consists of office space, the third and fourth floors consist of 23 loft style residential units; property is 97% occupied. | Fee simple | $0.00 | | $15,925,000.00 |

**56.**  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$15,925,000.00

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    12th & K St. Mall Partners, LLC _____    Case number *(If known)*  2:22-bk-10061-BR
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,646.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $862,934.22 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $15,925,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $875,580.93 + 91b. | $15,925,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,800,580.93 |

| Fill in this information to identify the case: |
|---|

Debtor name    12th & K St. Mall Partners, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:22-bk-10061-BR

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   City of Sacramento<br>Creditor's Name<br><br><br>Attn: Leslie Fritzsche<br>1030 15th Street, 2nd FL<br>Sacramento, CA 95814<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. DCR Mortgage 10 Sub 2, LLC<br>2. City of Sacramento | **Describe debtor's property that is subject to a lien**<br>Mixed-use property located at 1020 12th Street Sacramento, CA 95814; APN 006-0105-009-0000; 35 rental spaces; ground floor consists of commercial retail space, the largest commercial retail tenant occupies a portion of the ground floor and<br><br>**Describe the lien**<br>Second Mortgage<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,300,000.00 | $17,500,000.00 |
| **2.2**   DCR Mortgage 10 Sub 2, LLC<br>Creditor's Name<br><br>Directed Capital Resources<br>Attn: Lance B Amano<br>10650 Scripps Ranch Blvd., Ste 210<br>San Diego, CA 92131<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>Mixed-use property located at 1020 12th Street Sacramento, CA 95814; APN 006-0105-009-0000; 35 rental spaces; ground floor consists of commercial retail space, the largest commercial retail tenant occupies a portion of the ground floor and<br><br>**Describe the lien**<br>First Mortgage<br>**Is the creditor an insider or related party?**<br>☑ No | $12,284,104.38 | $17,500,000.00 |

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | Sacramento County Tax Collector | | $0.00 | $17,000,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 508
Sacramento, CA 95812-0508

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
1020 12th Street, Sacramento, CA 95814

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $14,584,104.38 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| DCR Mortgage 10 Sub 3, LLC<br>Jennifer L. Pruski, Esquire<br>Trainor Fairbrook<br>Post Office Box 255824<br>Sacramento, CA 95865 | Line   2.2 | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   12th & K St. Mall Partners, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   2:22-bk-10061-BR

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | California Dept of Tax and Fee Admi | *Check all that apply.* | | |
| | Special Ops, MIC 29 | ☐ Contingent | | |
| | PO Box 942879 | ☐ Unliquidated | | |
| | Sacramento, CA 94279-0005 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Employment Developement Dept | *Check all that apply.* | | |
| | Bankruptcy Group MIC 92E | ☐ Contingent | | |
| | PO Box 826806 | ☐ Unliquidated | | |
| | Sacramento, CA 94206-0001 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | 12th & K St. Mall Partners, LLC | | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.55 | $0.00 |
|---|---|---|---|---|

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85.43 |
|---|---|---|---|

600 12th Street
4910 W 1st Street
Los Angeles, CA 90004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $325.00 |
|---|---|---|---|

A Better Plumbing Co., Inc.
PO Box 161267
Sacramento, CA 95816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services rendered

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 |
|---|---|---|---|

ABM Parking
1100 J Street
Sacramento, CA 95814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,832.99 |
|---|---|---|---|

Air Systems Service & Construction
10381 Old Placerville Road, #100
Sacramento, CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.00 |
|---|---|---|---|

Alltech Gates & Entry Controls, Inc
5325 Elkhorn Blvd., Ste. 314
Sacramento, CA 95842

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Alvarado Smith
1 MacArthur Place
Santa Ana, CA 92707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $466.56 |
|---|---|---|---|

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Bank of Commerce
Merchants Bank of Commerce
P.O. Box 994748
Redding, CA 96099-4748

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,358.33 |
|---|---|---|---|

Benjamin Rothchild
700 Blomfiedl Ave. #549
Bloomfield, CT 06002-4244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Former tenant

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Carter, Doug
130 Ascot Avenue
Rio Linda, CA 95673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address**
Chicago Trust Admin. Servcies LLC
FBO Mitch Argon 401-K
40 E Chicago Avenue#148
Chicago, IL 60611

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only
0.4319% interest in12th & K St. Mall Partners, LLC which owns property at
1020 12th St., Sacramento, CA

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
Chicago Trust Admin. Servcies LLC
FBO Maureen Argon 401-K
40 E Chicago Avenue#148
Chicago, IL 60611

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only
0.413% interest in12th & K St. Mall Partners, LLC which owns property at
1020 12th St., Sacramento, CA

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
City of Sacramento
Dept of Utilities
PO Box 2770
Sacramento, CA 95812-2770

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                $12,235.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
Clippinger Investment PropertiesInc
4910 W. 1st Street
Los Angeles, CA 90004

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                $95,383.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
Comcast Business
9602 S 300 W
Sandy, UT 84070-3340

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                 $2,915.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
Comcast Cable
9602 S 300 W
Sandy, UT 84070-3340

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                 $2,250.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**
Daniel & Julie Gray Trustees
of the Gray Living Trust 4/26/07
17 N. Pasture
Westport, CT 06880

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only
1.7275% interest in12th & K St. Mall Partners, LLC which owns property at
1020 12th St., Sacramento, CA

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Daniel A Bornstein& Linda Bornstein
Trustee of the Daneil & Linda
Bornstein Living Trust DTD 2.9.1996
5913 Featherlight Place
Santa Rosa, CA 95409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only
0.5182% interest in12th & K St. Mall Partners, LLC which owns property at
1020 12th St., Sacramento, CA

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,066.50 |
|---|---|---|---|

Danielson Kim Law Group P.C.
5170 Golden Foothill Pkwy.
El Dorado Hills, CA 95762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

David L Gilbert & Deborah L Gilbert
25021 Adelanto
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only
1.7275% interest in12th & K St. Mall Partners, LLC which owns property at
1020 12th St., Sacramento, CA

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,050.00 |
|---|---|---|---|

Deodoro Ortiz
Ortiz Cleaners
123 Bell Avenue
Sacramento, CA 95838

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $797.50 |
|---|---|---|---|

Derrik A. Elder
1404 Katelyn Court
Yukon, OK 73099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,732.41 |
|---|---|---|---|

DLA Piper LLP
2000 Avenue of the Stars, Ste. 400
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,154.01 |
|---|---|---|---|

Dry Creek Construction
425 Pine Street, Ste 1-F
Galt, CA 95632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $190.00 |
|---|---|---|---|

Eagle Carpet Care
1354 Keswick Lane
Lincoln, CA 95648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $120.00 |
|---|---|---|---|

Easy Clean Carpet Care
PO Box 22981
Sacramento, CA 95822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $675.00 |
|---|---|---|---|

Elevator Technology, Inc
2050 Arroyo Vista Way
El Dorado Hills, CA 95762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

Elliott, Lane
1017 L Street
Sacramento, CA 95814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,748.81 |
|---|---|---|---|

Farmers Insurance Exchange
PO Box 2847
Flint, MI 48501-2847

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $434.61 |
|---|---|---|---|

Fast Signs
1720 Fulton Avenue
Sacramento, CA 95825

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $363.60 |
|---|---|---|---|

Financial Credit Network
PO BOX 3064
Visalia, CA 93278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,073.02 |
|---|---|---|---|
| | G. Rossi Florist<br>1208 J Street<br>Sacramento, CA 95814 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125.10 |
|---|---|---|---|
| | Global Gate Controls Inc<br>3531 S. Logan Street, Ste. D403<br>Englewood, CO 80113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,870.37 |
|---|---|---|---|
| | HD Supply Facilities MaintenanceLTD<br>PO Box 509058<br>San Diego, CA 92150-9058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,068.00 |
|---|---|---|---|
| | Highlander Termite & Pest Control<br>3971 Duroch Road, Ste. C<br>Shingle Springs, CA 95682 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,026.33 |
|---|---|---|---|
| | Industrial Door Company<br>10235 Systems Parkway, Ste. B<br>Sacramento, CA 95827 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00 |
|---|---|---|---|
| | James Brother Cleaning<br>P.O. Box 69<br>Elk Grove, CA 95759 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | John A & Sheila D. Valenzuela<br>Trustees of the Valenzuela Family<br>Trust DTD 9/12/96<br>9 Cort Rivera<br>San Clemente, CA 92673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Notice only<br>0.8637% interest in12th & K St. Mall Partners, LLC which owns property at<br>1020 12th St., Sacramento, CA | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| Debtor | 12th & K St. Mall Partners, LLC | Case number *(if known)* | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Leslie R Olson, Trustee of the<br>Olson Family Trust DTD 1/3/2002<br>29 Hancock<br>Laguna Niguel, CA 92677<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Notice only<br>1.2092% interest in12th & K St. Mall Partners, LLC which owns property at<br>1020 12th St., Sacramento, CA<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Maintenance Supply Headquarters, LP<br>PO Box 509058<br>San Diego, CA 92150-9058<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Megan Mobile Notary<br>8943 Bertwin Way<br>Elk Grove, CA 95758<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $60.00 |

| | | | |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Melanie Hogue<br>7541 Southwest 1st Street<br>Fort Lauderdale, FL 33317<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $50.00 |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Morgan, Ray<br>3131 Esplanade<br>Chico, CA 95973<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $160.00 |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>National Fire Systems, Inc.<br>8521 Morrison Creek Drive<br>Sacramento, CA 95828<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,232.94 |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Nikias Law, PC<br>12026 Rhode Island Ave., PH2<br>Los Angeles, CA 90025<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $150.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
| --- | --- | --- | --- |
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Overhead Door Co. of Sacramento Inc<br>PO Box 231608<br>Sacramento, CA 95823<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $210.00 |
| --- | --- | --- | --- |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Pacific Properties Group<br>12100 Wilshire Blvd., Ste. 1050<br>Los Angeles, CA 90025<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,490.00 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>Placer Floors, Inc.<br>7333 Roseville Road, Ste. 1<br>Sacramento, CA 95842<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,864.49 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Preferred Services Building<br>Maintenance, Inc.<br>PO Box 221608<br>Sacramento, CA 95822<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $805.00 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Reed C. Ferrick DMD Pension and<br>Profit Sharing Plan 401-K<br>4762 Devonshire Place<br>Santa Rosa, CA 95403<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice only<br>1.2092% interest in12th & K St. Mall Partners, LLC which owns property at 1020 12th St., Sacramento, CA<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Rex Moore<br>6001 Outfall Circle<br>Sacramento, CA 95828<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $269.70 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>Richard & Leslie Breiman, Trustees<br>of the Breiman Living Trust<br>225 Valley Oaks Drive<br>Alamo, CA 94507<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice only<br>3.4550% interest in12th & K St. Mall Partners, LLC which owns property at 1020 12th St., Sacramento, CA<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,756.33 |
|---|---|---|---|
| | Rico's Heating & Air | ☐ Contingent | |
| | 1731 Howe Ave #578 | ☐ Unliquidated | |
| | Sacramento, CA 95825 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Ricoh USA, Inc. | ☐ Contingent | |
| | Wells Fargo Vendor, Financial Serv. | ☐ Unliquidated | |
| | PO Box 650073 | ☐ Disputed | |
| | Dallas, TX 75265-0073 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $167.50 |
|---|---|---|---|
| | River City Equipment Co., Inc. | ☐ Contingent | |
| | 2419 Sellers Way | ☐ Unliquidated | |
| | West Sacramento, CA 95691 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134.85 |
|---|---|---|---|
| | RMI Systems | ☐ Contingent | |
| | 6001 Outfall Circle | ☐ Unliquidated | |
| | Sacramento, CA 95828 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Robert W. Clippinger | ☐ Contingent | |
| | Living Trust UTD 2/24/16 | ☐ Unliquidated | |
| | 4910 W 1st Street | ☐ Disputed | |
| | Los Angeles, CA 90004 | **Basis for the claim:** Notice only | |
| | **Date(s) debt was incurred** _ | 81.4775% interest in12th & K St. Mall Partners, LLC which owns property | |
| | | at 1020 12th St., Sacramento, CA | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $542.69 |
|---|---|---|---|
| | Robert W. Clippinger | ☐ Contingent | |
| | 4910 W 1st Street | ☐ Unliquidated | |
| | Los Angeles, CA 90004 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Ronald M. Tarbell | ☐ Contingent | |
| | 3 Compass | ☐ Unliquidated | |
| | Newport Coast, CA 92657 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only | |
| | | 7.2938% interest in12th & K St. Mall Partners, LLC which owns property at | |
| | **Last 4 digits of account number** _ | 1020 12th St., Sacramento, CA | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Sacramento County
PO Box 839
Sacramento, CA 95812-0839

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,543.09 |
|---|---|---|---|

Schindler Elevator Corp.
1329 N Market Blvd., Ste. 120
Sacramento, CA 95834-2941

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services rendered__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $600.00 |
|---|---|---|---|

Sida's Cleaning Services, LLC
3055 Great Falls Way
Sacramento, CA 95826

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services rendered__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Simas Floor Company, Inc.
3550 Power Inn Road
Sacramento, CA 95826

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,441.36 |
|---|---|---|---|

SMUD
PO Box 15830
Sacramento, CA 95852-0830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $610.00 |
|---|---|---|---|

TJ Elevator Service
PO Box 246270
Sacramento, CA 95820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,436.12 |
|---|---|---|---|

Turton Commercial Real Estate
1525 Ridge Creek Way
Roseville, CA 95661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 12th & K St. Mall Partners, LLC | Case number (if known) | 2:22-bk-10061-BR |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

Tyana D. Lewis
781 Elder Drive
West Sacramento, CA 95605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.14 |
|---|---|---|---|

U.S. Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Valet Living
100 S. Ashley Drive, Ste. 700
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

VZ Plumbing
3637 Kodiak Way
Antelope, CA 95843

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services rendered

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,076.67 |
|---|---|---|---|

Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 273.55 |
| 5b. Total claims from Part 2 | 5b. + | $ | 272,449.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 272,722.83 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    12th & K St. Mall Partners, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   2:22-bk-10061-BR

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 7/31/2022 |
| State the term remaining | |
| List the contract number of any government contract | Accurate Controls<br>1020 12th Street #312<br>Sacramento, CA 95814 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 8/31/2022 |
| State the term remaining | |
| List the contract number of any government contract | Ai T. Le<br>1020 12th Street #315<br>Sacramento, CA 95814 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 7/31/2022 |
| State the term remaining | |
| List the contract number of any government contract | Akaijah J. Hernandez<br>1020 12th Street #305<br>Sacramento, CA 95814 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Month to month lease |
| State the term remaining | |
| List the contract number of any government contract | Angela Tate<br>1020 12th Street, Ste. 202<br>Sacramento, CA 95814 |

| Debtor 1 | 12th & K St. Mall Partners, LLC | | | Case number *(if known)* | 2:22-bk-10061-BR |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease for 222 & 223 ends 4/30/2022 | |
|---|---|---|---|
| | State the term remaining | | California Association of Local Agency Formation Commission Pamela Miller 1020 12th Street, Ste. 222 Sacramento, CA 95814 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 2/28/22 | |
|---|---|---|---|
| | State the term remaining | | Daniil Domozhirov 1020 12th Street #401 Sacramento, CA 95814 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 10/1/2026 | |
|---|---|---|---|
| | State the term remaining | | EllaJack, Inc. Josh Nelson 2225 Hurley Way, Ste. 101 Sacramento, CA 95825 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Month to month lease | |
|---|---|---|---|
| | State the term remaining | | Herb A. Kelly 1020 12th Street #306 Sacramento, CA 95814 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Month to month lease | |
|---|---|---|---|
| | State the term remaining | | Holly Kroetz 1020 12th Street #309 Sacramento, CA 95814 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 6/30/22 | |
|---|---|---|---|
| | State the term remaining | | James A. Thuenwachter 1020 12th Street #303 Sacramento, CA 95814 |
| | List the contract number of any | | |

Debtor 1    12th & K St. Mall Partners, LLC

First Name    Middle Name    Last Name

Case number (*if known*)    2:22-bk-10061-BR

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 6/30/22 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Jesus R. Ortiz<br>1020 12th Street #402<br>Sacramento, CA 95814 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 8/31/22 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Johnny Flores<br>1020 12th Street #302<br>Sacramento, CA 95814 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Jonathan Daniel Arambel<br>1020 12th Street, Ste. 200<br>Sacramento, CA 95814 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 12/31/22 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Joshua B. Newman<br>1020 12th Street #315<br>Sacramento, CA 95814 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 8/31/22 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Lauren Lockhart<br>1020 12th Street #405<br>Sacramento, CA 95814 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Month to month lease | Lawrence A. Percivalle<br>1020 12th Street #310<br>Sacramento, CA 95814 |
|---|---|---|---|

| Debtor 1 | 12th & K St. Mall Partners, LLC | | Case number *(if known)* | 2:22-bk-10061-BR |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | State the term remaining | |
|---|---|---|---|
| | | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 5/31/22 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Matthew H. Klein<br>1020 12th Street #313<br>Sacramento, CA 95814 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 6/30/22 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Mayur Roa<br>1020 12th Street #403<br>Sacramento, CA 95814 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 10/31/22 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Morgan M. Dewitt<br>1020 12th Street #407<br>Sacramento, CA 95814 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 1/30/22 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Pedro Carrilo<br>1020 12th Street #406<br>Sacramento, CA 95814 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Month to month lease | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Peter S. Kearney<br>1020 12th Street #308<br>Sacramento, CA 95814 |

| Debtor 1 | 12th & K St. Mall Partners, LLC | | | Case number (*if known*) | 2:22-bk-10061-BR |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| **2.22.** | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 10/10/23 | |
|---|---|---|---|
| | State the term remaining | | Prentiss Law |
| | List the contract number of any government contract | _____ | 1020 12th Street, Ste. 225 Sacramento, CA 95814 |

| **2.23.** | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 7/31/22 | |
|---|---|---|---|
| | State the term remaining | | R. Douglas, LLC Ryan D. Hammonds |
| | List the contract number of any government contract | _____ | 1020 12th Street, Ste. 112 Sacramento, CA 95814 |

| **2.24.** | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 9/23/24 | |
|---|---|---|---|
| | State the term remaining | | The Karmic Leaf, LLC Loren Qualls |
| | List the contract number of any government contract | _____ | 1131 K Street, Ste. 110 Sacramento, CA 95814 |

| **2.25.** | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 7/31/22 | |
|---|---|---|---|
| | State the term remaining | | Tyler Colin |
| | List the contract number of any government contract | _____ | 1020 12th Street #404 Sacramento, CA 95814 |

| **2.26.** | State what the contract or lease is for and the nature of the debtor's interest | Tenant lease ends 2/22/22 | |
|---|---|---|---|
| | State the term remaining | | University of California Student Association Attn: Anais Lieu |
| | List the contract number of any government contract | _____ | 1020 12th Street, Ste. 227 Sacramento, CA 95814 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   12th & K St. Mall Partners, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   2:22-bk-10061-BR

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    12th & K St. Mall Partners, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   2:22-bk-10061-BR

☐ Check if this is an
    amended filing

---

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2022 to Filing Date | ■ Operating a business<br>☐ Other _____ | TBA |
| For prior year:<br>From 1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | TBA |
| For year before that:<br>From 1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other _____ | TBA |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | 12th & K St. Mall Partners, LLC | Case number *(if known)* | 2:22-bk-10061-BR |
| --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1.    TBA | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1.    TBA | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | Clippinger Investment Properties Inc. v Jesus R Ortiz<br>Court has not yet assigned a case number | Eviction | Superior Court of California County of Sacramento | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Clippinger Investment Properties Inc. v The Karmic Leaf, LLC<br>Court has not yet assigned a case number | Eviction | Superior Court of California County of Sacramento | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | 12th & K St. Mall Partners, LLC | Case number *(if known)* | 2:22-bk-10061-BR |
|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | RESNIK HAYES MORADI, LLP.<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316 | Attorney Fees $20,000 plus $1,717 filing fee | 1/6/2022 | $20,000 |
| | **Email or website address**<br>matt@rhmfirm.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 3 |
|---|---|---|

| Debtor | 12th & K St. Mall Partners, LLC | Case number *(if known)* | 2:22-bk-10061-BR |
|---|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 4901 W 1st Street<br>Los Angeles, CA 90004 | 8/18/2021 - present |
| 14.2. | 627 N. Larchmont Blvd.<br>Los Angeles, CA 90004 | 12/30/2020 - 8/17/2021 |
| 14.3. | 30012 Ivy Glenn Drive, Suite 200<br>Laguna Niguel, CA 92677 | 2005 - 12/2/2020 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    12th & K St. Mall Partners, LLC    Case number (if known) 2:22-bk-10061-BR

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | 12th & K St. Mall Partners, LLC | Case number *(if known)* | 2:22-bk-10061-BR |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  12th & K St. Mall Partners, LLC<br>4910 W 1st Street<br>Los Angeles, CA 90004 | Real Estate - Rental | **Dates business existed**<br><br>**EIN:**  20-0400617<br><br>**From-To**  11/12/2003 - present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Valencia Tax Group<br>Ahmed Mohammed, CPA<br>2500 Ave Stanford, #126<br>Valencia, CA 91355 | 2019 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    12th & K St. Mall Partners, LLC                                           Case number (if known)    2:22-bk-10061-BR

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert W. Clippinger | Living Trust UTD 2/24/16<br>4910 W 1st Street<br>Los Angeles, CA 90004 | Managing Member | 81.4775% interst |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ronald M. Tarbell | 3 Compass<br>Newport Coast, CA 92657 | Member | 7.2938% interest |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Richard & Leslie Breiman, Trustees | of the Breiman Living Trust<br>225 Valley Oaks Drive<br>Alamo, CA 94507 | Member | 3.4550% interest |
| Name | Address | Position and nature of any interest | % of interest, if any |
| David L Gilbert & Deborah L Gilbert | 25021 Adelanto<br>Laguna Niguel, CA 92677 | Member | 1.7275% interest |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Daniel & Julie Gray Trustees | of the Gray Living Trust 4/26/07<br>17 N. Pasture<br>Westport, CT 06880 | Member | 1.7275 % interest |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Leslie R Olson, Trustee of the | Olson Family Trust DTD 1/3/2002<br>29 Hancock<br>Laguna Niguel, CA 92677 | Member | 1.092 % interest |
| Name | Address | Position and nature of any interest | % of interest, if any |
| John A & Sheila D. Valenzuela | Trustees of the Valenzuela Family Trust DTD 9/12/96<br>9 Cort Rivera<br>San Clemente, CA 92673 | Member | 0.8637% interest |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Reed C. Ferrick DMD Pension and | Profit Sharing Plan 401-K<br>4762 Devonshire Place<br>Santa Rosa, CA 95403 | Member | 0.8637% interst |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Daniel A Bornstein& Linda Bornstein | Trustee of the Daneil & Linda Bornstein Living Trust DTD 2.9.1996<br>5913 Featherlight Place<br>Santa Rosa, CA 95409 | Member | 0.5182% interest |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Maureen Argon | 40 E Chicago Avenue#148<br>Chicago, IL 60611 | Member | 0.4319% interest |

Debtor    12th & K St. Mall Partners, LLC

Case number *(if known)*  2:22-bk-10061-BR

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Mitch Argon | 40 E Chicago Avenue#148 Chicago, IL 60611 | Member | 0.4319% interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | TBA | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Fill in this information to identify the case:

Debtor name __12th & K St. Mall Partners, LLC__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __2:22-bk-10061-BR__

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 20, 2022__

_____    Robert W. Clippinger
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    __Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes