**GOLDEN GOODRICH LLP**
Beth E. Gaschen, State Bar No. 245894
bgaschen@go2.law
Ryan W. Beall, State Bar No. 313774
rbeall@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile   714-966-1002

Attorneys for Chapter 7 Trustee
David M. Goodrich

**FILED & ENTERED**

**APR 05 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier   **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>12TH & K ST. MALL PARTNERS, LLC,<br><br>Debtor. | Case No. 2:22-bk-10061-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING ABANDONMENT OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 554**<br><br>**[1020 12th Street, Sacramento, CA 95814]**<br><br>Hearing:<br>Date:   April 2, 2024<br>Time:   10:00 a.m.<br>Place:   Courtroom 1668<br>         Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

On April 2, 2024, at 10:00 a.m. in Courtroom 1668, the Court heard the *Motion for Order Authorizing Abandonment of Real Property Pursuant to 11 U.S.C. § 554* (Docket 279, "Motion") filed by David M. Goodrich, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of 12th & K St. Mall Partners, LLC ("Debtor"). The Trustee appeared. No other appearances were made.

Having considered the Motion and all documents filed in support thereof, finding that notice of the Motion was proper, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted; and

2. The mixed-use property located at 1020 12th Street, Sacramento, California 95814 is abandoned pursuant to 11 U.S.C. § 554(a).

###

Date: April 5, 2024

_____
Barry Russell
United States Bankruptcy Judge

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002